UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| JOHN J. SCOTT, )<br>    Plaintiff, )<br> )<br>  vs. )<br> )<br>ERIE INSURANCE EXCHANGE, )<br> )<br>    Defendant. ) | Case No. 3:20-cv-221 |

## COMPLAINT AND JURY DEMAND

Plaintiff John J. Scott, by counsel, Chapman Law LLC, and for his Complaint against Defendant Erie Insurance Exchange ("Erie"), states as follows:

1. At all times referenced herein, Plaintiff was a resident of the State of Indiana.

2. Defendant Erie, a corporation, is a citizen of and is incorporated in the Commonwealth of Pennsylvania and maintains its principal place of business in Erie, Pennsylvania and at all times herein doing business in the Southern District of Indiana.

3. Jurisdiction is just and proper in this Court under 28 U.S.C. §1332, as there exists complete diversity of citizenship among the parties to this lawsuit and the amount in controversy exceeds seventy-five thousand dollars ($75,000.00), exclusive of interest and costs.

4. At all times pertinent hereto, Plaintiff John J. Scott was an insured under an automobile insurance policy issued by the Defendant, Erie Insurance Exchange, under policy #Q07 2313651. Said policy provided underinsured motorists coverage and was in full force and effect on April 26, 2018.

5. Defendant, Erie Insurance Exchange, provided Underinsured Motorists coverage to Plaintiff John J. Scott in the amount of $250,000.00 per person and $500,000.00 per accident.

6. On April 26, 2018, Plaintiff was involved in a motor vehicle collision in Newburgh, Warrick County, Indiana.

7. As a direct and proximate result of the collision, Plaintiff sustained bodily injuries, medical expenses, lost income and pain and suffering, all of which are likely to continue in the future.

8. The collision was caused by Fran E. Wilson ("Third-Party Tortfeasor").

9. The Third-Party Tortfeasor was insured by State Farm Insurance Company with a policy of liability protection with total limits of fifty thousand dollars ($50,000.00).

10. A policy limits offer to Plaintiff was made by State Farm Insurance Company.

11. Pursuant to Indiana Code § 27-7-5-6, Plaintiff provided Erie with notice of intent to accept this offer.

12. State Farm Insurance Company paid to Plaintiff the limits of its liability protection for the injuries Plaintiff suffered as a result of the negligence of State Farm's insured driver, Fran E. Wilson.

13. Plaintiff sustained damages in excess of the policy limits paid by State Farm Insurance Company.

14. Plaintiff is seeking further damages from Erie under the underinsured motorist provision of The Erie Policy.

15. Plaintiff is entitled to recover underinsured motorist benefits from The Erie Policy.

WHEREFORE, Plaintiff John J. Scott prays judgment against the defendant, Erie Insurance Exchange, for damages, court costs, and for all other proper relief, said judgment to be in an amount sufficient to compensate Plaintiff for his injuries and damages.

Respectfully submitted,

/s/ Stephen Hensleigh Thomas

Stephen Hensleigh Thomas, #557-82
Noah Cartwright Thomas, #33746-82
**CHAPMAN LAW LLC**
20 NW 3rd St., STE 1410
Evansville, IN 47708
Telephone: 812.426.0600
Fax: 866.543.0024
ATTORNEYS FOR PLAINTIFF